**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Clyde Coyle |
| Debtor 2 (Spouse, if filing) | Georgia Beth Coyle |
| United States Bankruptcy Court for the: | Northern District of Illinois (State) |
| Case number | 12-42423 |

Form 4100R

# Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of creditor:** BMO Harris Bank N.A.

**Court claim no.** (if known): n/a

**Last 4 digits** of any number you use to identify the debtor's account: 9 8 5 2

**Property address:**
9727 W. 143rd St.
Number    Street

Orland Park IL 60462
City    State    ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: ___/___/___
MM / DD / YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ 242,243.24

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ 0.00

c. **Total.** Add lines a and b.    (c) $ 242,243.24

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    06/18/2017
MM / DD / YYYY

**\*\*Loan Matured 6/18/17 Balance in Full Due**

Debtor 1  **Clyde Coyle**
First Name   Middle Name   Last Name

Case number (if known) 12-42423

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box::*

☑ I am the creditor.
☐ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

x *Michelle L McConnell*
Signature

Date 07 / 27 / 2017

Print   Michelle   L   McConnell
First Name   Middle Name   Last Name

Title   Bankruptcy Specialist

Company   BMO Harris Bank N.A.

If different from the notice address listed on the proof of claim to which this response applies:

Address   PO BOX 2035
Number   Street

Milwaukee   WI   53201
City   State   ZIP Code

Contact phone ( 866 ) 280 – 8434

Email   bankruptcy@bmo.com

Form 4100R   Response to Notice of Final Cure Payment   page 2

| Payment Date | Description | Borrower Payment Amount | Trustee Payments Received |
|---|---|---:|---:|
| 11/21/2012 | MISC.PRIN.PYMT PRIN | $ 481.38 | |
| 11/21/2012 | MISC.INT.PYMT. INT | $ 1,688.13 | |
| 12/26/2012 | MISC.PRIN.PYMT PRIN | $ 538.52 | |
| 12/26/2012 | MISC.INT.PYMT. INT | $ 1,630.99 | |
| 1/18/2013 | MISC.PRIN.PYMT PRIN | $ 452.52 | |
| 1/18/2013 | MISC.INT.PYMT. INT | $ 1,716.99 | |
| 2/25/2013 | MISC.PRIN.PYMT PRIN | $ 481.38 | |
| 2/25/2013 | MISC.INT.PYMT. INT | $ 1,688.13 | |
| 3/22/2013 | MISC.PRIN.PYMT PRIN | $ 1,630.99 | |
| 3/22/2013 | MISC.PRIN.PYMT PRIN | $ 538.52 | |
| 4/12/2013 | MISC.PRIN.PYMT PRIN | $ 506.66 | |
| 4/12/2013 | MISC.INT.PYMT. INT | $ 1,662.85 | |
| 5/30/2013 | MISC.PRIN.PYMT PRIN | $ 564.13 | |
| 5/30/2013 | MISC.INT.PYMT. INT | $ 1,605.38 | |
| 6/7/2013 | Trustee Payment | | $ 10,290.78 |
| 6/25/2013 | MISC.INT.PYMT. INT | $ 2,169.51 | |
| 7/16/2013 | Trustee Payment | | $ 37.50 |
| 7/25/2013 | MISC.PRIN.PYMT PRIN | $ 566.88 | |
| 7/25/2013 | MISC.INT.PYMT. INT | $ 1,602.63 | |
| 8/5/2013 | Trustee Payment | | $ 1,341.60 |
| 9/10/2013 | Trustee Payment | | $ 48.30 |
| 9/18/2013 | MISC.PRIN.PYMT PRIN | $ 516.17 | |
| 9/18/2013 | MISC.INT.PYMT. INT | $ 1,653.34 | |
| 9/27/2013 | MISC.PRIN.PYMT PRIN | $ 215.37 | |
| 9/27/2013 | MISC.INT.PYMT. INT | $ 1,954.14 | |
| 10/28/2013 | MISC.PRIN.PYMT PRIN | $ 66.06 | |
| 10/28/2013 | MISC.INT.PYMT. INT | $ 2,103.45 | |
| 11/13/2013 | MISC.PRIN.PYMT PRIN | $ 529.72 | |
| 11/13/2013 | MISC.INT.PYMT. INT | $ 1,639.79 | |
| 12/26/2013 | MISC.PRIN.PYMT PRIN | $ 617.45 | |
| 12/26/2013 | MISC.INT.PYMT. INT | $ 1,582.55 | |
| 1/15/2014 | MISC.PRIN.PYMT PRIN | $ 505.72 | |
| 1/15/2014 | MISC.INT.PYMT. INT | $ 1,663.79 | |
| 2/26/2014 | MISC.PRIN.PYMT PRIN | $ 540.60 | |

| Payment Date | Description | Borrower Payment Amount | Trustee Payments Received |
|---|---|---:|---:|
| 2/26/2014 | MISC.INT.PYMT. INT | $ 1,628.91 | |
| 3/20/2014 | MISC.PRIN.PYMT PRIN | $ 530.21 | |
| 3/20/2014 | MISC.INT.PYMT. INT | $ 1,639.79 | |
| 4/16/2014 | MISC.PRIN.PYMT PRIN | $ 587.01 | |
| 4/16/2014 | MISC.INT.PYMT. INT | $ 1,582.55 | |
| 5/21/2014 | MISC.PRIN.PYMT PRIN | $ 505.72 | |
| 5/21/2014 | MISC.INT.PYMT. INT | $ 1,663.79 | |
| 6/20/2014 | MISC.PRIN.PYMT PRIN | $ 571.09 | |
| 6/20/2014 | MISC.INT.PYMT. INT | $ 1,628.91 | |
| 7/14/2014 | MISC.PRIN.PYMT PRIN | $ 730.61 | |
| 7/14/2014 | MISC.INT.PYMT. INT | $ 1,469.39 | |
| 8/25/2014 | REG.PR+INT PAY INT | $ 2,170.00 | |
| 9/12/2014 | MISC.PRIN.PYMT PRIN | $ 633.46 | |
| 9/12/2014 | MISC.INT.PYMT. INT | $ 1,566.54 | |
| 10/21/2014 | MISC.PRIN.PYMT PRIN | $ 30.49 | |
| 10/21/2014 | MISC.INT.PYMT. INT | $ 2,169.51 | |
| 11/18/2014 | MISC.PRIN.PYMT PRIN | $ 639.41 | |
| 11/18/2014 | MISC.INT.PYMT. INT | $ 1,560.59 | |
| 12/8/2014 | MISC.PRIN.PYMT PRIN | $ 90.06 | |
| 12/8/2014 | MISC.INT.PYMT. INT | $ 2,109.94 | |
| 1/6/2015 | MISC.PRIN.PYMT PRIN | | $ 41.55 |
| 1/22/2015 | MISC.PRIN.PYMT PRIN | $ 570.39 | |
| 1/22/2015 | MISC.INT.PYMT. INT | $ 1,629.61 | |
| 2/19/2015 | MISC.PRIN.PYMT PRIN | $ 573.28 | |
| 2/19/2015 | MISC.PRIN.PYMT PRIN | $ 0.49 | |
| 2/19/2015 | MISC.INT.PYMT. INT | $ 1,596.23 | |
| 3/20/2015 | MISC.PRIN.PYMT PRIN | $ 152.87 | |
| 3/20/2015 | MISC.INT.PYMT. INT | $ 2,047.13 | |
| 4/13/2015 | MISC.PRIN.PYMT PRIN | $ 120.55 | |
| 4/13/2015 | MISC.INT.PYMT. INT | $ 2,079.45 | |
| 5/21/2015 | MISC.PRIN.PYMT PRIN | $ 600.88 | |
| 5/21/2015 | MISC.INT.PYMT. INT | $ 1,599.12 | |
| 6/5/2015 | Trustee Payment | | $ 1,351.00 |
| 7/8/2015 | MISC.PRIN.PYMT PRIN | | $ 42.90 |

| Payment Date | Description | Borrower Payment Amount | Trustee Payments Received |
|---|---|---:|---:|
| 7/22/2015 | MISC.INT.PYMT. INT | $ 1,591.37 | |
| 7/22/2015 | MISC.INT.PYMT. INT | $ 1,438.76 | |
| 7/22/2015 | MISC.PRIN.PYMT PRIN | $ 730.75 | |
| 7/23/2015 | MISC.PRIN.PYMT PRIN | $ 630.37 | |
| 7/23/2015 | MISC.INT.PYMT. INT | $ 1,539.14 | |
| 8/4/2015 | Trustee Payment | | $ 69.90 |
| 8/21/2015 | REG.PR+INT PAY INT | $ 2,200.00 | |
| 9/25/2015 | REG.PR+INT PAY INT | $ 2,200.00 | |
| 10/5/2015 | Trustee Payment | | $ 133.81 |
| 10/8/2015 | MISC.PRIN.PYMT PRIN | $ 23.89 | |
| 10/8/2015 | MISC.INT.PYMT. INT | $ 2,176.11 | |
| 11/3/2015 | Trustee Payment | | $ 41.55 |
| 11/6/2015 | REG.PR+INT PAY INT | $ 2,169.51 | |
| 12/4/2015 | Trustee Payment | | $ 41.55 |
| 12/18/2015 | REG.PR+INT PAY INT | $ 2,200.00 | |
| 1/19/2016 | MISC.PRIN.PYMT PRIN | $ 800.62 | |
| 1/19/2016 | MISC.INT.PYMT. INT | $ 1,399.38 | |
| 2/3/2016 | Trustee Payment | | $ 41.55 |
| 2/10/2016 | REG.PR+INT PAY INT | $ 2,200.00 | |
| 3/7/2016 | Trustee Payment | | $ 41.55 |
| 3/11/2016 | REG.PR+INT PAY INT | $ 2,200.00 | |
| 4/6/2016 | Trustee Payment | | $ 332.10 |
| 4/15/2016 | REG.PR+INT PAY INT | $ 2,200.00 | |
| 5/13/2016 | REG.PR+INT PAY INT | $ 2,200.00 | |
| 6/6/2016 | Trustee Payment | | $ 1,896.08 |
| 6/6/2016 | Trustee Payment | | $ 677.02 |
| 6/9/2016 | REG.PR+INT PAY INT | $ 2,200.00 | |
| 7/15/2016 | REG.PR+INT PAY INT | $ 1,960.63 | |
| 7/15/2016 | REG.PR+INT PAY PRIN | $ 239.37 | |
| 8/3/2016 | Trustee Payment | | $ 954.27 |
| 8/3/2016 | Trustee Payment | | $ 1,618.83 |
| 8/16/2016 | REG.PR+INT PAY INT | $ 648.74 | |
| 8/16/2016 | REG.PR+INT PAY PRIN | $ 1,551.26 | |
| 9/7/2016 | Trustee Payment | | $ 1,091.10 |

| Payment Date | Description | Borrower Payment Amount | Trustee Payments Received |
|---|---|---:|---:|
| 9/7/2016 | Trustee Payment | | $ 1,078.41 |
| 9/7/2016 | Trustee Payment | | $ 1,977.94 |
| 9/7/2016 | Trustee Payment | | $ 103.71 |
| 9/14/2016 | REG.PR+INT PAY INT | $ 342.77 | |
| 9/14/2016 | REG.PR+INT PAY PRIN | $ 1,857.23 | |
| 10/14/2016 | REG.PR+INT PAY INT | $ 1,457.97 | |
| 10/14/2016 | REG.PR+INT PAY PRIN | $ 742.03 | |
| 11/14/2016 | REG.PR+INT PAY INT | $ 1,501.99 | |
| 11/14/2016 | REG.PR+INT PAY PRIN | $ 698.01 | |
| 12/15/2016 | REG.PR+INT PAY INT | $ 1,497.70 | |
| 12/15/2016 | REG.PR+INT PAY PRIN | $ 702.30 | |
| 1/18/2017 | REG.PR+INT PAY INT | $ 1,637.89 | |
| 1/18/2017 | REG.PR+INT PAY PRIN | $ 562.11 | |
| 2/21/2017 | REG.PR+INT PAY INT | $ 1,634.10 | |
| 2/21/2017 | REG.PR+INT PAY PRIN | $ 565.90 | |
| 3/16/2017 | REG.PR+INT PAY INT | $ 1,102.83 | |
| 3/16/2017 | REG.PR+INT PAY PRIN | $ 1,097.17 | |
| 4/12/2017 | REG.PR+INT PAY INT | $ 1,288.75 | |
| 4/12/2017 | REG.PR+INT PAY PRIN | $ 911.25 | |
| 5/12/2017 | REG.PR+INT PAY INT | $ 1,426.51 | |
| 5/12/2017 | REG.PR+INT PAY PRIN | $ 773.49 | |
| | Total Borrower Payment: | $ 121,891.62 | $ 23,253.00 |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

IN RE:   RESPONSE TO NOTICE OF FINAL CURE

CASE NO. 12-42423

Debtor:  CLYDE B COYLE

CHAPTER: 13

## CERTIFICATE OF SERVICE

I do hereby certify that I have this July 27, 2017, served a copy of the Response to Notice of Final Cure Payment upon all parties listed by placing the same into the United States mail with adequate pre-paid postage thereon;

CLYDE B COYLE
GEORGIA B COYLE
11342 STEEPLECHASE PKWY
ORLAND PARK, IL 60467

DAVID P LLOYD
615B S LAGRANGE RD
LAGRANGE, IL 60525

TOM VAUGHN
55 E MONROE STREET SUITE 3850
CHICAGO, IL 60603

BMO Harris Bank, N.A.
By: *Michelle A McConnell*
Bankruptcy Specialist

PO BOX 2035
MILWAUKEE, WI 53201
(866)280-8434 Option #2